ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| Rand Enterprises, Inc. ) | ASBCA No. 59801 |
| ) | |
| Under Contract No. W912BU-10-C-0039 ) | |

APPEARANCES FOR THE APPELLANT:

Terence Murphy, Esq.
Karla J. Soloria, Esq.
Christopher T. Page, Esq.
  Kaufman & Canoles, P.C.
  Norfolk, VA

APPEARANCES FOR THE GOVERNMENT:

Thomas H. Gourlay, Jr., Esq.
  Engineer Chief Trial Attorney
James D. Mirynowski, Esq.
Amanda G. Phily, Esq.
  Engineer Trial Attorneys
  U.S. Army Engineer District, Philadelphia

OPINION BY ADMINISTRATIVE JUDGE STEMPLER

The parties have settled their dispute and requested that the Board enter judgment in favor of appellant.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $804,000.00. Interest shall be paid on this amount pursuant to 41 U.S.C. § 7109 from 1 June 2015 until date of payment.

Dated: 13 January 2016

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur                                I concur


RICHARD SHACKLEFORD                     TIMOTHY P. McIlmail
Administrative Judge                    Administrative Judge
Vice Chairman                           Armed Services Board
Armed Services Board                    of Contract Appeals
of Contract Appeals



      I certify that the foregoing is a true copy of the Opinion and Decision of the
Armed Services Board of Contract Appeals in ASBCA No. 59801, Appeal of Rand
Enterprises, Inc., rendered in conformance with the Board's Charter.

      Dated:



JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

2